UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-42927 |
|---|---|
| MARK EDWARD PRICE | (Chapter 13) |
| SHAWNA RENEE PRICE | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 4 | CITIZENS BANK<br>WELTMAN WEINBERG REIS<br>525 VINE ST  STE 800<br>CINCINNATI, OH  45202 | 259.83 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2010

Certificate of Service            05-42927

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| MARK EDWARD PRICE<br>SHAWNA RENEE PRICE<br>6504 HEMINGWAY ROAD<br>HUBER HEIGHTS, OH  45424 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | (19.1n)<br>B FIRST LLC<br>MAIL STOP 550<br>2101 FOURTH AVENUE SUITE 1030<br>SEATTLE, WA  98121 |
|---|---|---|
| (4.1)<br>CITIZENS BANK<br>WELTMAN WEINBERG REIS<br>525 VINE ST  STE 800<br>CINCINNATI, OH  45202 | (16.1n)<br>JOHN JANSING<br>124 E THIRD ST<br>SUITE 300<br>DAYTON, OH  45402 | (4.3)<br>JOHN L DAY, JR<br>WELTMAN, WEINBERG & REIS<br>525 VINE ST STE 800<br>CINCINNATI, OH  45202 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv